SCHENECTADY CONTRACTING CO., Respondent, v. CITY OF SCHENECTADY, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by the Schenectady Contracting Company against the City of Schenectady.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., and KELLOGG, J., dissent.

SCHERRER et al., Respondents, v. GOETZMANN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Adolph H. Scherrer and another against Philip Goetzmann. No opinion. Order affirmed, with $10 costs and disbursements.

SCHMIDT v. KIERNAN. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Mabel V. Schmidt against Patrick Kiernan. No opinion. Application denied, with $10 costs. Order signed.

SCHMIDT v. MEDICAL SOCIETY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Paul Schmidt against the Medical Society of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 142 App. Div. 635, 127 N. Y. Supp. 365.

SCHMITT, Respondent, v. STOSS, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Ignatz Schmitt against Kathinka M. Stoss. A. Thain, of New York City, for appellant. U. W. Tompkins, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCHROEDER, Respondent, v. CENTRAL R. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Herman Schroeder against the Central Railroad of New Jersey. G. H. Rees, of Brooklyn, for appellant.

E. T. Taliaferro, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHUYLER et al., Respondents, v. HOCKING VALLEY PRODUCTS CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 27, 1912.) Actions by Sidney S. Schuyler and others against the Hocking Valley Products Company. J. D. Fackenthal, of New York City, for appellant. W. B. Crisp, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

SCHWARTZ, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Michael I. Schwartz against Herbert E. Williams and others.

PER CURIAM. Motion to open default granted, on payment of $10 costs within five days from the date hereof, and order resettled, so that upon payment of the costs and disbursements of the appeal, and the costs imposed by the court at Special Term, within five days after the date of the order, plaintiff appellant shall have leave to serve an amended complaint, and that upon compliance with these conditions this order be entered in place and stead of the other order entered herein on November 1, 1912, and, in the event of a failure to comply with such conditions, the motion to open the default and resettle the order is denied, with $10 costs. See, also, 137 N. Y. Supp. 1048.

SCHWEID et al., Respondents, v. STORANDT, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1912.) Action by Bernard Schweid and another against Carl W. Storandt. No opinion. Judgment and order affirmed, with costs.

SCOTT, Respondent, v. YOUNGS, Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Chancellor Scott against Birdsey Youngs. No opinion. Judgment and order of the County Court of Orange County unanimously affirmed, with costs.

SEMPER, Respondent, v. CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by William J. Semper against the City of Watertown. No opinion. Order affirmed, with $10 costs and disbursements.